IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BEVERLY D. WILLIAMS                                                                                   PLAINTIFF

vs.                                            Civil No. 1:08-cv-01018

MICHAEL J. ASTRUE                                                                                     DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Now on this 24th day of June, 2008, comes for consideration the Report and Recommendation dated June 17, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g) (2006).

**IT IS SO ORDERED.**

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge