IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


BEVERLY D. WILLIAMS                                                      PLAINTIFF

vs.                                       Civil No. 1:08-CV-01018

MICHAEL J. ASTRUE                                              DEFENDANT
Commissioner, Social Security Administration


**ORDER**

　　　　Pending now before this Court is Defendant's Motion to Reinstate Case on the Active Docket

of the Court.  ECF No. 7.  This matter was previously remanded pursuant to Sentence Six of 42

U.S.C.  § 405(g).  The Court has reviewed the Motion and finds that the Motion should be

**GRANTED.**

　　　　**IT IS THEREFORE ORDERED** that Defendant's Motion to Reinstate Case on the Active

Docket of the Court (ECF No. 7) is hereby **GRANTED**.  Defendant is permitted to file an answer

and a certified copy of the full transcript in this matter within thirty (30) days of the date of this

order.[1]

　　　　**IT IS SO ORDERED this 7th day of April, 2011.**



                                        /s/  Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        U.S. MAGISTRATE JUDGE



---

[1] In her response to Defendant's Motion to Reinstate Case, Plaintiff indicates there may be issue as to whether her social security number is correct.  ECF No. 8.  After the answer and transcript are filed in this matter, if this is still an issue, Plaintiff may re-urge that issue at a later date.