IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


BEVERLY D. WILLIAMS                                                    PLAINTIFF


v.                              Civil No. 1:08-cv-01018


MICHAEL J. ASTRUE                                                     DEFENDANT
Commissioner, Social Security Administration

<u>**JUDGMENT**</u>

Before the Court is the Report and Recommendation filed February 6, 2012, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 22).  Judge Bryant recommends that the Court reverse the Commissioner's decision

because it is not supported by substantial evidence. The parties have not filed objections to the

Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).

Therefore, the Court adopts the Report and Recommendation *in toto*. The Court hereby reverses the

Commissioner's decision and directs an immediate award of disability benefits. Plaintiff's past-due

benefits shall be calculated from her alleged onset date of March 9, 2001.

IT IS SO ORDERED, this 1st day of March, 2012.


/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge