IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BEVERLY D. WILLIAMS                                                        PLAINTIFF

v.                                    Civil No. 1:08-cv-01018

MICHAEL J. ASTRUE                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed February 6, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 22). Judge Bryant recommends that the Court reverse the Commissioner's decision because it is not supported by substantial evidence. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. The Court hereby reverses the Commissioner's decision and directs an immediate award of disability benefits. Plaintiff's past-due benefits shall be calculated from her alleged onset date of March 9, 2001.

IT IS SO ORDERED, this 1st day of March, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge