IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BEVERLY D. WILLIAMS                                                                         PLAINTIFF

vs.                              Civil No. 1:08-cv-01018

CAROLYN W. COLVIN
Commissioner, Social Security Administration                             DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed April 18, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Bryant recommends that Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) be granted. (ECF No. 29). The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. See 28 U.S.C. § 636(b)(1). After reviewing the record *de novo*, the Court finds that Judge Bryant's Report and Recommendation should be adopted in its entirety. Accordingly, the Court hereby adopts Judge Bryant's Report and Recommendation, and Plaintiff's Motion for Attorney Fees is **GRANTED.** The requested award for attorney's fees in the amount of $14,295.25 is approved.

**IT IS SO ORDERED**, this 7th day of May, 2013.

                                                                 /s/ Susan O. Hickey
                                                                 Susan O. Hickey
                                                                 United States District Judge